In the Matter of the Application of Boudinot Keith, as Trustee, Appellant, for a Peremptory Writ of Mandamus. Greenwich Savings Bank et al., Respondents.

*Matter of Keith,* 137 App. Div. 919, appeal dismissed.
(Submitted April 28, 1910; decided May 20, 1910.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1910, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to com-

pel the clerk of the county of New York to cancel of record a note of cancellation of a notice of *lis pendens*.

*Everett V. Abbott* for appellant.

*Harold Swain* and *James W. McElhinney* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.